UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BALLY TOTAL FITNESS OF
GREATER NEW YORK, INC., *et al.*

                Debtors.

Chapter:    11

Case No.:   08-14818 (BRL)
          Jointly Administered

Adv. Pro. No. 09-01023 (BRL)

APPEARANCES**:**

ROSENBERG CALICA & BIRNEY LLP
100 Garden City Plaza
Garden City, NY 11530
Telephone: (516) 747-7400
By:    Edward M. Ross
       Judah Serfaty
*Attorneys for Great American Insurance Company*

SURDYK & BAKER
225 West Washington Street
Chicago, Ill 60606
Telephone: (312) 924-2818
By:    Leonard S. Surdyk
       Robert B. Baker
       Janet A. Kachoyeanos
*Of Counsel, Great American Insurance Company*

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
By:    Steven J. Reisman
       Theresa A. Foudy
       Myles F. Bartley
       Maryann Gallagher
*Conflicts Counsel for the Debtors*
*and Debtors in Possession*

Before: Hon. Burton R. Lifland
       United States Bankruptcy Judge

- 2 -

**ERRATA ORDER**

ORDERED that the Memorandum Decision and Order Dismissing Adversary Complaint dated March 27, 2009, be changed as follows:

Page 8, line 4, replace "advanced" with "paid to Bally";

Page 8, line 5, add "the Complaint fails to state a claim upon which relief can be granted," after "Accordingly,".

Dated:  March 30, 2009
       New York, New York

                                            /s/  Burton R. Lifland
                                          Honorable Burton R. Lifland
                                          United States Bankruptcy Judge